**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

YASMIN DIAZ,

Plaintiff,

v.

Civil Action No. 2:16-cv-00179-NBF

AMORE LIMITED PARTNERSHIP and
AMORE MANAGEMENT COMPANY;

Defendants.

**ORDER OF COURT**

AND NOW to wit this 1st day of July, 2016, upon review of the foregoing Stipulation, it is hereby ORDERED that the caption of the within matter shall be amended to read as follows:

YASMIN DIAZ,

Plaintiff,

v.

AMORE LIMITED PARTNERSHIP d/b/a
AMORE MANAGEMENT COMPANY,

Defendant.

BY THE COURT:

Nora Barry Fischer, J.