IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASMIN DIAZ, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>AMORE LIMITED PARTNERSHIP, d/b/a )<br>AMORE MANAGEMENT COMPANY, )<br>)<br>　　　　Defendant. ) | 2:16-cv-00179-NBF<br>District Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 18th day of August, 2017, for the reasons stated in the Court's Memorandum Opinion (Docket No. [56]),

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Docket No. [41]) is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall submit her pretrial statement on or before **September 1, 2017**.

IT IS FURTHER ORDERED that Defendant shall submit its pretrial statement on or before **September 15, 2017**.

FINALLY, IT IS ORDERED that a Status Conference shall be convened on **September 27, 2017, at 4:00 P.M.**, to set a date for trial.

　　　　　　　　　　　　　　　　　　　　　*/s/ Nora Barry Fischer*
　　　　　　　　　　　　　　　　　　　　　Nora Barry Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc/ecf:  All counsel of record.