UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YASMIN DIAZ,

    Plaintiff,

    v.                      Civil Action No. 2:16-cv-00179-NBF

AMORE LIMITED PARTNERSHIP d/b/a
AMORE MANAGEMENT COMPANY;

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yasmin Diaz and Defendants Amore Limited Partnership d/b/a Amore Management Company hereby stipulate to the voluntary dismissal of this cause with prejudice.

DATED: November 28, 2017        Respectfully submitted,

| /s/ Carlos R. Diaz | /s/ Rhonda J. Sudina |
|---|---|
| Patrick W. Murray, Esq. | Rhonda J. Sudina, Esq. |
| Carlos R. Diaz, Esq. | ROBB LEONARD MULVIHILL |
| STEWART, MURRAY & ASSOCIATES | BNY Mellon Center |
| LAW GROUP, LLC | 500 Grant Street, Suite 2300 |
| 437 Grant Street, Suite 600 | Pittsburgh, PA  15219 |
| Pittsburgh, PA  15219 | 412.281.5431 |
| 412.765.3345 | 412.281.3711 (fax) |
| 412.765.3356 (fax) | rsudina@rlmlawfirm.com |
| pmurray@smalawgroup.com | |
| cdiaz@smalawgroup.com | Attorneys for Defendants |
| Attorneys for Plaintiff | |

1